**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | CASE NO. 5:12-cv-02253 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| YOUNG NG NGUYEN, | |
| Defendant(s). | |

Having reviewed Plaintiff's Case Management Conference Statement (see Docket Item No. 13) and in light of the currently-pending Motion for Default Judgment (see Docket Item No. 12), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for November 2, 2012, is VACATED.

**IT IS SO ORDERED.**

Dated:  October 26, 2012

EDWARD J. DAVILA
United States District Judge